# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH D. HILL,** ) | No. LA CV 16-04041-VBF |
| Petitioner, ) | **FINAL JUDGMENT** |
| v. ) | |
| WARDEN, ) | |
| Respondent. ) | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation Without Objection, Denying the Section 2254 Habeas Corpus Petition for Lack of Merit, Dismissing the Action With Prejudice, Directing Issuance of a Separate Certificate of Appealability Ruling, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent warden and against petitioner Kenneth D. Hill.**

Dated: Thursday, February 23, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE